**Order filed August 23, 2022**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-22-00582-CV**
_____

**IN THE MATTER OF Q. B.**

**On Appeal from the COUNTY COURT AT LAW NO 2**
**Brazoria County, Texas**
**Trial Court Cause No. JV23866**

## ORDER

This is an accelerated appeal from an order entered under section 54.02 of the Texas Family Code respecting transfer of the child for prosecution as an adult. Appeals in juvenile certification cases and child protection cases are to be brought to final disposition within 180 days of the date the notice of appeal is filed. Tex. Fam. Code Ann. § 54.02. This accelerated schedule requires greater compliance with deadlines.

The clerk's record in this case was due August 15, 2022. *See* Tex. R. App. P. 35.1(b). On August 16, 2022, the clerk of this court sent a letter to the Brazoria County District Clerk, informing her the record had not been filed.

The court has not received a request for an extension of time to file the record. The record has not been filed with the court. We therefore issue the following order.

We order the Brazoria County Clerk, to file the record in this appeal on or before **September 2, 2022.**

PER CURIAM

Panel Consists of Justices Spain, Poissant, and Wilson.